

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00291-CV

**IN THE INTEREST OF N.S.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The appellee's motion to allow a supplemental brief to be filed based on the anticipated supplement of the clerk's record is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court